# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 18, 2010

No. 10-20017

Lyle W. Cayce
Clerk

THANCO PRODUCTS AND IMPORTS, INC.

Plaintiff-Appellee

v.

GEORGE VLASIOS KONTOS

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-3046

Before JONES, Chief Judge, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

George Vlasios Kontos appeals the district court's grant of default
judgment in favor of plaintiff Thanco Products & Imports, Inc. ("Thanco") in this
trademark infringement case. Kontos, who was represented by counsel in the
district court but who appeals *pro se*, alleges various errors in the district court's
disposition of the case. We have reviewed the record and the parties' arguments,
and we find no error in entering default judgment under the circumstances of
this case. Accordingly, the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.